MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND, CSBN 154575
Special Assistant United States Attorney
       333 Market Street, Suite 1500
       San Francisco, California 94105
       Telephone: (415) 977-8932
       Facsimile: (415) 744-0134
       E-Mail: Jacqueline A. Forslund@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA G. REYES, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 010CV-04571 JSW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion. The undersigned counsel for Defendant needs the extra time because she had to take time off from work due to a death in the family. The current due date is May 8, 2011. The new due date will be June 8, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

LAW OFFICES OF BARBARA M. RIZZO

Dated: May 5, 2011

*/s/Barbara M. Rizzo*
(As authorized via email on 05/05/11)
BARBARA M. RIZZO
Attorney for Plaintiff

Dated: May 6, 2011

United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: May 9, 2011

JEFFREY S. WHITE
UNITED STATES MAGISTRATE JUDGE
**UNITED STATES DISTRICT JUDGE**