BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220

Attorney for Plaintiff Laura G. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAURA G. REYES, | Case No.: CV-10-04571 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |
| v. |  |
| MICHAEL J. ASTRUE, Commissioner of Social Security |  |
| Defendant. |  |

**IT IS HEREBY STIPULATED** by the undersigned for the respective parties, subject to the approval of the Court, that the Plaintiff, Laura G. Reyes, have a 14-day extension of time in which to file a Reply to the Defendant Commissioner's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment, up to and including July 11, 2011. This extension is being sought because the undersigned counsel for the Plaintiff will be on a two-week vacation beginning June 12 through June 26. Pursuant to the scheduling order in this Social Security case, Plaintiff's Reply to the Defendant's Cross-Motion and Opposition is due 14 days after service of the Opposition.  Defendant filed the Cross-Motion and Opposition on June 8, 2011.  Therefore, Plaintiff's Reply is due on June 27, 2011. Given that the due date for Plaintiff's Reply falls on the first day that counsel for the Plaintiff will return from her two-week vacation, Counsel

STIPULATION AND ORDER FOR EXTENSION
CV-10-04571 JSW

1

1  will be unable to complete the Plaintiff's Reply by the June 27 due date.
2  Plaintiff therefore respectfully requests that the Court approve this
3  stipulation for a 14-day extension of time for Plaintiff to Reply to the
4  Defendant's Cross-Motion and Opposition until July 11, 2011. This is the
5  first extension of time that Plaintiff has requested in this case.

                                    Respectfully submitted,

Dated: June 9, 2011            "/s/ Jacqualine A. Forslund"
                               (As authorized via e-mail)
                               JACQUALINE A. FORSLUND
                               Special Assistant United States Attorney
                               Attorney for Defendant

Dated: June 9, 2011      By:   "/s/ Barbara M. Rizzo"
                               BARBARA M. RIZZO
                               Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiff, Laura G. Reyes, shall have up to and including July 11, 2011, to file a Reply to the Defendant's Cross-Motion and Opposition to Plaintiff's Motion for Summary Judgment.

Dated: June 10, 2011           _____
                               JEFFREY S. WHITE
                               United States District Court Judge

STIPULATION AND ORDER FOR EXTENSION     2
CV-10-04571 JSW