BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Laura G. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA G. REYES, | Case No.: CV-10-04571 JSW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULTED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS ($6500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. Section 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and costs is entered, the Government will determine

whether they are subject to any offset allowed under the United States Department of the Treasury's Offset Program. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees to be made directly to Barbara M. Rizzo, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. Section 406.

Dated: June 25, 2012        "/s/Barbara M. Rizzo"
                                  BARBARA M. RIZZO
                                  Attorney for Plaintiff

Dated: June 25, 2012        "/s/Elizabeth Barry"
                                  (As authorized via e-mail)
                                  ELIZABETH BARRY
                                  Attorney for Defendant
                                  Special Assistant United States Attorney
                                  1600 Spear Street, Suite 800
                                  San Francisco, CA 94105

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS ($6500.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 26, 2012                          _/s/ Jeffrey S. White_
                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE