BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Laura G. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA G. REYES, | ) | Case No.: CV-10-04571 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER APPROVING |
| v. | ) | SETTLEMENT OF ATTORNEY FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS TO |
| MICHAEL J. ASTRUE, | ) | JUSTICE ACT |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULTED by and between the parties, through their

undersigned counsel, subject to the Court's approval, that Plaintiff be

awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the

amount of SIX THOUSAND, FIVE HUNDRED DOLLARS ($6500.00).  This amount

represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with

28 U.S.C. Section 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the

Government will consider the matter of Plaintiff's assignment of EAJA fees

and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130

S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will

depend on whether the fees and expenses are subject to any offset allowed

under the United States Department of the Treasury's Offset Program.  After

the order for EAJA fees and costs is entered, the Government will determine

1

1 | whether they are subject to any offset allowed under the United States
2 | Department of the Treasury's Offset Program.  Fees shall be made payable to
3 | Plaintiff, but if the Department of the Treasury determines that Plaintiff
4 | does not owe a federal debt, then the Government shall cause the payment of
5 | fees to be made directly to Barbara M. Rizzo, pursuant to the assignment
6 | executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's
7 | counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. Section 406.

Dated:  June 25, 2012                    "/s/Barbara M. Rizzo"
                                         BARBARA M. RIZZO
                                         Attorney for Plaintiff


Dated:  June 25, 2012                    "/s/Elizabeth Barry"
                                         (As authorized via e-mail)
                                         ELIZABETH BARRY
                                         Attorney for Defendant
                                         Special Assistant United States Attorney
                                         1600 Spear Street, Suite 800
                                         San Francisco, CA  94105


PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND, FIVE HUNDRED DOLLARS ($6500.00), as authorized by 28 U.S.C. Section 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:  June 26, 2012                    _____
                                         JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

2